UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICKY FREDERICK,

    Plaintiff,

  v.

OFFICER WINSAUER,

    Defendant.

Case No. 16-cv-03448-MEJ (PR)

**ORDER OF TRANSFER**

Plaintiff has filed a pro se civil rights action pursuant to 42 U.S.C. § 1983, complaining of events at California State Prison, Solano in Solano County, California. Solano County is located within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). No defendant is alleged to reside in the Northern District. Venue therefore is proper in the Eastern District, and not in this one. See 28 U.S.C. § 1391(b).

Accordingly, in the interests of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court is directed to transfer the case forthwith.

**IT IS SO ORDERED.**

Dated: June 29, 2016

MARIA-ELENA JAMES
United States Magistrate Judge